UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| OptumHealth Care Solutions, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Sports Concussion Institute Global, Inc.,<br><br>Defendant. | Civil File No. Civ. No. --------------<br><br>**OPTUMHEALTH CARE SOLUTIONS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff OptumHealth Care Solutions, LLC, is a wholly owned subsidiary of OptumInsight, Inc., which is a wholly owned subsidiary of OptumInsight Holdings, LLC, which is a wholly owned subsidiary of Optum, Inc., which is a wholly owned subsidiary of United Healthcare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group Incorporated.  UnitedHealth Group Incorporated is a publically traded company.

Dated:  March 22, 2018

DORSEY & WHITNEY LLP

By  */s/ Vanessa J. Szalapski*
　　Michelle Grant (#0311170)
　　grant.michelle@dorsey.com
　　Vanessa J. Szalapski (#0396739)
　　szalapski.vanessa@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Attorneys for Plaintiff
Optum, Inc.