UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OptumHealth Care Solutions, LLC,  Civ. No. 18-800 (DSD/BRT)

      Plaintiff/Counterclaim
      Defendant,

v.

Sports Concussion Institute
Global, Inc.,

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

      Defendant/Counterclaim
      Plaintiff.

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing (Doc. No. 87) for documents related to OptumHealth Care Solutions, LLC's Motion for Summary Judgment (Doc. No. 70).

**IT IS HEREBY ORDERED** that Motion is Granted in Part and Denied in Part:

1. The Clerk of Court is directed to keep the following documents under seal:

   Document No. 72;
   Document No. 75;
   Document No. 75-1;
   Document No. 75-2;
   Document No. 75-3;
   Document No. 75-4;
   Document No. 75-5;
   Document No. 81-1;
   Document No. 81-2;
   Document No. 81-3;
   Document No. 82;
   Document No. 82-1;
   Document No. 82-2; and
   Document No. 84.

2. The parties did not agree on Document No. 79, a sealed Memorandum of Law filed by Sports Concussion Institute Global, Inc. in Opposition to OptumHealth Care Solutions, LLC's Motion for Summary Judgment. However, Sports Concussion Institute Global, Inc. has since filed a redacted version at Document No. 88. Accordingly, the dispute regarding Document No. 79 is now moot.

Date: March 23, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge